SALVATORE CIRASOLA, by JOSEPH CIRASOLA, His Guardian ad Litem, and JOSEPH CIRASOLA, Appellants, v. THE NEW YORK TELEPHONE Co., Respondent, and JAMES P. FITZGERALD, Defendant.— In an action by both plaintiffs to recover damages for personal injuries alleged to have been caused by the negligent operation of a motor vehicle owned by the respondent, and by the plaintiff father to recover for medical expenses and loss of services by reason of the injuries to his son, judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

RALPH COOK, as Guardian ad Litem of MARILYN COOK, an Infant, Respondent, v. PAUL GILLOTT and MATHILDA GILLOTT, Appellants.— In an action by an infant to recover damages for personal injuries arising from the negligence of the defendant wife in the operation of an automobile owned by the defendant husband, judgment of the City Court of Yonkers in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.